# UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE RICHARD K. EATON, SENIOR JUDGE

| | |
|---|---|
| SHANTOU RED GARDEN FOOD PROCESSING CO., LTD., SHANTOU RED GARDEN FOODSTUFF CO., LTD., and OCEAN BISTRO CORPORATION<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES,<br><br>　　　　　　　　Defendant.<br><br>AD HOC SHRIMP TRADE ACTION COMMITTEE,<br><br>　　　　　　　　Defendant-Intervenor. | Court No. 20-03947 |

## PLAINTIFFS' SHANTOU RED GARDEN FOOD PROCESSING CO., LTD., SHANTOU RED GARDEN FOODSTUFF CO., LTD. AND OCEAN BISTRO CORPORATION'S RULE 56.2 MOTION FOR JUDGMENT UPON THE AGENCY RECORD

Pursuant to Rule 56.2 of this Court, Plaintiffs Shantou Red Garden Food Processing Co., Ltd., Shantou Red Garden Foodstuff Co., Ltd., and Ocean Bistro Corporation hereby move for judgment upon the agency record and for an order remanding to the U.S. Department of Commerce ("the Department" or "Commerce") the final results of the antidumping duty administrative review published as *Certain Frozen Warmwater Shrimp from the People's Republic of China: Final Results of Antidumping Duty Administrative Review and Final Determination of No Shipments; 2018-2019*, 85 Fed. Reg., 83,891.

The legal and factual support for Plaintiffs' 56.2 Motion is fully set forth in their Memorandum of Law, attached hereto.

                                                         Respectfully submitted,

                                                         /s/ *John J. Kenkel*
                                                         John J. Kenkel
                                                         Alexandra H. Salzman
                                                         J. Kevin Horgan
                                                         **deKieffer & Horgan, PLLC**
                                                         Suite 410
                                                         1090 Vermont Ave., N.W.
                                                         Tel:   (202) 783-6900
                                                         Fax:  (202) 783-6909
                                                         Email: jkenkel@dhlaw.com
                                                         Counsel for Plaintiffs *Shantou Red Garden Food Processing Co., Ltd., Shantou Red Garden Foodstuff Co., Ltd., and Ocean Bistro Corporation*

Dated: April 26, 2021