## UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE RICHARD K. EATON, SENIOR JUDGE

| | |
|---|---|
| SHANTOU RED GARDEN FOOD PROCESSING CO., LTD., SHANTOU RED GARDEN FOODSTUFF CO., LTD., and OCEAN BISTRO CORPORATION,<br><br>        Plaintiffs,<br><br>    v.<br><br>UNITED STATES,<br><br>        Defendant.<br><br>AD HOC SHRIMP TRADE ACTION COMMITTEE,<br><br>        Defendant-Intervenor. | Court No. 20-03947 |

## ORDER

Upon consideration of the Brief of Plaintiffs, Shantou Red Garden Food Processing Co., Ltd., Shantou Red Garden Foodstuff Co., Ltd., and Ocean Bistro Corporation, in support of their Rule 56.2 Motion for Judgment Upon the Administrative Record, and all other papers and proceedings had herein, it is hereby

ORDERED that said motion is GRANTED, and it is further

ORDERED that this case is remanded to Department of Commerce, International Trade Administration, with instructions that the Department modify its determination in *Certain Frozen Warmwater Shrimp from the People's Republic of China: Final Results of Antidumping Duty Administrative Review and Final Determination of No Shipments; 2018-2019*, 85 Fed. Reg., 83,891.

It is further ORDERED that Commerce's remand results shall be filed within sixty (60) days of the date of entry of this Order. Thereafter, the parties may file comments on the remand results within thirty (30) days of those results, and rebuttal comments are due within fifteen (15) days thereafter.

                                                                                   _____

                                                                                     RICHARD K. EATON,  SENIOR JUDGE

DATED: _____
              New York, New York